Annette M. Yancey, appellee, v. Benjamin F. Yancey, appellant. Gen. No. 37,886.

Opinion filed April 1, 1935.

Arvid B. Tanner and Ferris E. Hurd, for appellant; Butler, Pope, Ballard & Elting, of counsel. Robert E. Cantwell, Jr., for appellee; Martin W. Grosse, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

O. Maass, appellant, v. H. J. Baltes, appellee. Gen. No. 37,917.

Opinion filed April 1, 1935.

Edward R. Finnegan, for appellant; J. J. Buckley, of counsel. Ward, Gallagher & Rabold, for appellee; Frederick R. Rabold, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Mary L. Robinson, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 37,457.

Opinion filed April 10, 1935.

Jerome F. Kutak, for appellant. Emil N. Levin, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Liberty Bank of Chicago, guardian of the estate of Raymond Rivera, a minor, and Joseph D. Shane, appellees, v. General Accident Fire and Life Assurance Corporation, Ltd., appellant. Gen. No. 37,466.

Opinion filed April 10, 1935.

John A. Bloomingston, for appellant. Joseph D. Shane, for appellees; Gilbert A. Siegel, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Catherine Grimes, defendant in error, v. Henry F. Connolly, plaintiff in error. Gen. No. 37,494.